# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL J. BOZOCHOVIC,** | : | **CIVIL NO. 1:17-CV-1439** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN DAVID VERANO,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 26th day of February, 2019, upon consideration of defendants' motion (Doc. 20) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 20) is GRANTED.

2. The complaint (Doc. 1) is DISMISSED.

3. The Clerk of Court is directed to CLOSE this action.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania